UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CLAYTON, PAULA CLARK, REBECCA CUBBAGE, JOSEPH FISCARO, LINDA HEBB, PAUL KOETHER, GREGORY KRAMS, JOCELYN LOPUZZO, KATALIN ROSS, BEVERLY SCHRECONGOST, <br><br>     Plaintiffs <br> v. <br><br> INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>     Defendants | Civil Action <br> No. 04-11144-GAO |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 21, 2004                                    Respectfully submitted,
       Boston, Massachusetts

                                                         /s/Matthew J. Matule
                                                        Matthew J. Matule (BBO #632075)
                                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                                MEAGHER & FLOM LLP
Barbara Wrubel                                          One Beacon Street
Katherine Armstrong                                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                   (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                          Counsel for Defendant
                                                        Boehringer Ingelheim Pharmaceuticals, Inc.