UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x x
PATRICIA CLAYTON, PAULA CLARK,         : :
REBECCA CUBBAGE, JOSEPH FISCARO,       : :
LINDA HEBB, PAUL KOETHER, GREGORY      : :
KRAMS, JOCELYN LOPUZZO, KATALIN        : :
ROSS, BEVERLY SCHRECONGOST,            : :
                                       : :
        Plaintiffs                     : :   Civil Action
v.                                     : :   No. 04-11144-GAO
                                       : :
INDEVUS PHARMACEUTICALS, INC.,         : :
F/K/A INTERNEURON                      : :
PHARMACEUTICALS, INC.;                 : :
WYETH, INC., F/K/A AMERICAN HOME       : :
PRODUCTS CORPORATION; WYETH            : :
PHARMACEUTICALS, INC F/K/A WYETH-      : :
AYERST PHARMACEUTICALS, INC., A        : :
DIVISION OF AMERICAN HOME              : :
PRODUCTS CORPORATION; AND              : :
BOEHRINGER INGELHEIM                   : :
PHARMACEUTICALS, INC.,                 : :
                                       : x
        Defendants                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004                                            Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                                          One Beacon Street
Barbara Wrubel                                                   Boston, Massachusetts 02108
Katherine Armstrong                                          (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                    Counsel for Defendant
                                                          Boehringer Ingelheim Pharmaceuticals, Inc.