UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PATRICIA CLAYTON, PAULA CLARK,                 :
REBECCA CUBBAGE, JOSEPH FISCARO,               :
LINDA HEBB, PAUL KOETHER, GREGORY              :
KRAMS, JOCELYN LOPUZZO, KATALIN                :
ROSS, BEVERLY SCHRECONGOST,                    :
                                               :
        Plaintiffs,                            :   Civil Action
v.                                             :   No. 04-11144-GAO
                                               :
INDEVUS PHARMACEUTICALS, INC., F/K/A           :
INTERNEURON PHARMACEUTICALS, INC.;             :
WYETH, INC., F/K/A AMERICAN HOME               :
PRODUCTS CORPORATION; WYETH                    :
PHARMACEUTICALS, INC F/K/A WYETH-              :
AYERST PHARMACEUTICALS, INC., A                :
DIVISION OF AMERICAN HOME PRODUCTS             :
CORPORATION; AND BOEHRINGER                    :
INGELHEIM PHARMACEUTICALS, INC.,               :
                                               :
        Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 9, 2004                    Respectfully submitted,
       Boston, Massachusetts
                                         /s/Matthew J. Matule
                                         Matthew J. Matule (BBO #632075)
                                         SKADDEN, ARPS, SLATE,
Of Counsel:                                MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                    (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                           Counsel for Defendant,
                                         Indevus Pharmaceuticals, Inc.